United States Court of Appeals
Fifth Circuit

**F I L E D**

August 17, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-60373
Conference Calendar

_____

HERMAN STEVENSON, III,

Petitioner-Appellant,

versus

MICHAEL PETTIFORD,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:04-CV-65-RSU
--------------------

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

PER CURIAM:[*]

Herman Stevenson, III, federal prisoner # 24905-034, appeals
the district court's dismissal of his 28 U.S.C. § 2241 petition
for a writ of habeas corpus challenging his 1997 convictions for
conspiracy to possess with intent to distribute cocaine,
attempted possession with intent to distribute cocaine, and using
and carrying a firearm during a drug-trafficking offense.
Stevenson argues that he is actually and factually innocent, that
counsel's failure to request a proper jury instruction

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

constituted ineffective assistance, that the district court should have invoked its mandamus power to correct these errors, and that the admission of a co-defendant's statement violated his Sixth Amendment confrontation rights.

Stevenson has not shown that his claims are based on a retroactively applicable Supreme Court decision which establishes that he may have been convicted of a nonexistent offense and that his claims were foreclosed by circuit law at the time when the claims should have been raised in his trial, appeal, or first § 2255 motion. See Reyes-Requena v. United States, 243 F.3d 893, 904 (5th Cir. 2001).

Accordingly, the district court's judgment is AFFIRMED.